**UNITED STATES DISTRICT COURT**
                     **MIDDLE DISTRICT OF FLORIDA**
                           **TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                             **Case No.  8:06-cv-2301-T-30TBM**

**MAX L. DAVIDSON,** *pro se***, and**
**SUZANNE DAVIDSON,** *pro se***,**

    **Defendants.**
_____/

## **SUMMARY FINAL JUDGMENT**

THIS CAUSE comes before the Court upon the Government's Motion for Summary Judgment (Dkt. #20), a supporting declaration as to the amounts owed (Dkt. #20-2), and the Defendants' Response (Dkt. #22).  Upon due consideration, it appears that there are no disputed issues of material fact and the Government is entitled to judgment as a matter of law.

The declaration filed by the Government establishes the amounts due from each Defendant and those amounts are supported by Certified Transcripts of Assessments and Payments, forms 4340.  Those forms are sufficient to establish the validity of the assessments.  United States v. Gerards, 999 F.2d 1255 (8th Cir. 1993).

The Defendants' primary defense is that this Court lacks jurisdiction over them because they claim they are "Florida state Citizens, and **NOT** citizens of the United State

(sic) or U. S. Citizens." (Paragraph 4 of Defendants' Response.) This same argument has been previously rejected as meritless and even "absurd." Id. at 1256.

The Government is entitled to summary final judgment entered in its favor.

It is therefore ORDERED AND ADJUDGED that:

1. The Government's Motion for Summary Judgment (Dkt. #20) is GRANTED.

2. The Clerk is directed to enter summary final judgment in favor of the Plaintiff UNITED STATES OF AMERICA and against Defendant SUZANNE DAVIDSON in the amount of $331,778.38, and against Defendant MAX L. DAVIDSON in the amount of $29,976.16, as of January 9, 2008, plus statutory additions and interest at the statutory rate thereafter.

3. The Court reserves jurisdiction to tax costs.

4. The Clerk is directed to terminate any other pending motions and close this file.

**DONE** and **ORDERED** in Tampa, Florida on April 8, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2006\06-cv-2301.msj 20.frm